**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LTJ Enterprises, Inc., a Minnesota corporation,<br><br>      Plaintiff,<br><br>v.<br><br>Custom Marketing Co., LLC, a Missouri limited liability company,<br><br>      Defendant. | Court File No.: 0:13-cv-02224-ADM-LIB<br><br>**DECLARATION OF JOHN TITUS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

STATE OF MINNESOTA )
                          ) SS
HENNEPIN COUNTY    )

      I, John S. Titus, being duly sworn on my oath, hereby state and declare as follows:

      1.    I was hired by Plaintiff, LTJ Enterprises, Inc. as an expert witness in the above-noted case.

      2.    I have extensive experience in the field of mechanical engineering and industrial design. I have designed, manufactured, and sold at least five commercially successful products.

      3.    I have patented a fuel oil gauge which measures the amount of liquid fuel in a container of unknown dimensions. This device is similar in use to the bin level indicators sold by both parties to this litigation.

      4.    I have conducted a review of the claims of the '927 Patent and a visual inspection and disassembly of Custom Marketing Co., Inc.'s ("CMC's") bin

level indicator and have determined that each of the elements listed in claims 18 and 24 of the '927 Patent are present in CMC's bin level indicator.

5.      Based on my review of the Defendant's claim chart and the Expert Report of Ryan Douglas, CMC does not dispute the presence of all elements in Claims 18 and 24 other than an "arm," a "means pivotally mounting," a "motion transmitting means," and an "actuator means" elements.  I will explain my analysis of the existence of these claim elements below.

6.      Both claims 18 and 24 of the '927 patent includes the following claim language "an arm[.]"  The term "arm" was given its plain and ordinary meaning to one skilled in the art at the time of the invention in the Memorandum Opinion and Order filed 06-08-2015 on page 7.  ("Claim Construction Order")

7.      People with skill in the area of mechanical engineering and industrial design will understand the term "arm" to mean parts similar to a human arm.  In this context, an arm is any part(s) projecting from a fixed point, axis or fulcrum.  The parts of the arm included in the embodiment are the members having gear teeth that cooperate with the pinion to rotate the cylindrical members between the ON and OFF positions.  Therefore, the CMC bin level indicator linkage and the gear drive are arms because they both project from an axis of rotation.  Also, the assembly consisting of the linkage, the pin connecting the linkage to the gear drive, and the gear drive fit the definition of an arm.  However, for my analysis, I have read the claim element "arm" onto the gear drive pivoted by Pin 2B.

8.      The Court has identified further limitations on the "Arm" in order to satisfy the claim language.  Specifically, the arm must move in response to the actuator movement.  As described in the Claim Construction Order on page 7, the phrase "actuator means connected to the arm" describes a connection which moves the gear drive in response to the actuator movement.  The linkage provides the connection to move the gear drive in response to the actuator movement.

9.      Claim 18 includes the following claim language "means pivotally mounting a first end portion of the arm on the body for movement between first and second positions."  Claim 24 substitutes the term "movably" for the term "pivotally."  The term movably is broader than the term pivotally, it does not require rotational movement.

10.     The "means pivotally/movably mounting" language was constructed in the Claim Construction Order on page 13 to mean a pin that is fixed to the body and located on the outer end of the arm near the inner end of the arm that allows the arm to move within a single vertical plane.

11.     This claim element is satisfied by the pin labeled "Pin 2B."  Pin 2B is not attached to either the body or the gear drive.  It is fixed relative to the body by a structure with a hole wide enough to hold the pin in place.  Also, the gear drive uses Pin 2B as the axis of rotation.  The Pin is fixed near the inner end of the gear drive to allow force from the linkage to cause rotation.  The gear drive's rotation about Pin 2B also fits the "movably mounted" language of Claim 24.

12.     The '927 patent includes the following claim language "motion transmitting means connecting a second end portion of the arm to the visual means operable to rotate the visual means between the ON and OFF positions in response to generally upward and downward movement of the second end portion of the arm, and"

13.     This "motion transmission means" element was constructed in the Claim Construction Order to mean a gear drive and generally linear teeth on guide member which rotates the visual means between the ON and OFF positions in response to generally upward and downward movement of the second end portion of the arm.  Although it was not used in the final construction, the Court determined that the guide member acts as an intermediate part connecting the arm to the motion transmission means.  The generally upward and downward movement was also construed to include some degree of non-linear movement.

14.     The CMC bin level indicator has the claimed "motion transmission means."  The pinion is a gear that rotates the cylindrical members between the ON and OFF positions.  The curved rack of teeth on the end of the gear drive mesh with the pinion and cause rotation.  The teeth are only generally linear because the curve required to transfer the downward force from the gear drive to rotate the pinion is very slight.  Because Pin 2B is on the same horizontal plane as the pivot point of the pinion, the teeth of the gear drive mesh move generally upward and downward.

15. Pin 2B is not at the extreme inner end of the gear drive because it acts as a fulcrum. Pin 2A must apply rotational force with an upward component at the opposite end of the pivot point from where the teeth meet the pinion in order to accomplish downward force on the pinion.

16. The '927 patent includes the following claim language "actuator means connected to the arm adapted to be located within the bin for moving the arm to the first position when the material in the bin engages the actuator means and moving the arm to the second position when the material in the bin does not engage the actuator means whereby the arm operates the motion transmission means which rotates the visual means between its ON and OFF positions."

17. This "actuator means" element for both claim 18 and 24 was constructed in the Claim Construction Order to mean a flexible body located in the bin that is connected to a rigid spring strap or bar which moves the arm to the first position when the material in the bin engages the actuator means and moving the arm to the second position when the material in the bin does not engage the actuator means.

18. This element in both claims is satisfied by the flexible wing and bar assembly attached to the linkage by Pin 3. The flexible wing is located in the bin and attached to a rigid bar, which moves with the flexible wing towards the bin wall when the bin is filled at that level.

19. It is my opinion that each element of both claim 18 and 24 of the '927 patent is present in CMC's bin level indicator.

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the law of the United State of America that the foregoing is true and correct.

Date: October 7, 2015

_____
John S. Titus