UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LTJ ENTERPRISES, INC. | Case No. 13-cv-02224-ADM-LIB |
| Plaintiff, | |
| v. | **DECLARATION OF DONALD W. NILES IN SUPPORT OF CMC MOTION TO STRIKE EXPERT OPINION OF JOHN TITUS** |
| CUSTOM MARKETING COMPANY, LLC, | |
| Defendant. | |

I, Donald W. Niles, declare under the penalty of perjury and state as follows:

1. I am an attorney representing defendant Custom Marketing Company, LLC ("CMC") and submit this declaration in support of CMC's motion to strike the expert opinion of John Titus.

2. True and correct copies of the listed materials are attached hereto as follows:

| **Description** | **Exhibit** |
|---|---|
| Plaintiff's Expert Report of John S. Titus under Rule 26(A)(2)(b) | 1 |
| Selected pages from the Deposition of John Titus | 2 |
| John Titus Deposition Exhibits 3 (pp. 1-2) Exhibit 3C | 3 |

Dated: November 11, 2015

                                                s/Donald W. Niles
                                                   Donald W. Niles